# Memorandum



| Subject: | Date: |
|---|---|
| COMPANION CASE RULE IN CRIMINAL CASES | June 25, 2009 |

| To: | From: |
|---|---|
| ROBERT D. DENNIS<br>Court Clerk | Teresa Black<br>Assistant US Attorney |

The following cases which are the subject of indictments being returned today are related cases and should be assigned to the same judge:

CR-09-206 R

(1) [NEW INFORMATION]

No. _____, U.S. v. Joseph Sterling McEuen,

and

(2) [PENDING INFORMATION]

No. CR-09-88-HE, U.S. v. Robert Cary French.

**FILED**
JUN 2 6 2009
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY_____ DEPUTY

These cases are related cases pursuant to LCrR7.1 because:

(X)   They arise out of the same transaction or series of transactions;

(X)   They involve the same defendants;

(X)   For other reasons, it would entail substantial duplication of labor if heard by different judges because:

    The case agent is the same for both cases

DETAILS:   (State the nature of the offenses charged and state details of why it is a related transaction or how many defendants overlap.)